UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Erby Freeman,

        Plaintiff,        Case No. 20-12637

v.                              Judith E. Levy
                               United States District Judge

Heidi Washington, *et al.*,

                               Mag. Judge Patricia T. Morris

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [19]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation recommending the Court grant Defendant Heidi Washington's motion for summary judgment (ECF No. 15). (ECF No. 19.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 19) is ADOPTED; and

Defendant's motion for summary judgment (ECF No. 15) is GRANTED.[1]

IT IS SO ORDERED.

Dated: February 8, 2022  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 8, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).